UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RANDALL LEE KEETON, JR.,

        Petitioner,

v.                                          Case No.:    5:23-cv-512-SPC-PRL

SECRETARY, DEPARTMENT OF
CORRECTIONS,

        Respondent.
_____/

**<u>ORDER</u>**

Petitioner Randall Lee Keeton, Jr., initiated this action by filing a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254.  (Doc. 1).  The Court's Standing Order advised Keeton that he is required to advise the Court in writing of any change in his mailing address.  (Doc. 3 ¶ 8).  Keeton was released from custody on February 13, 2025.[1]  On June 25, 2025, the Court ordered Keeton to show cause within 14 days why this cause should not be dismissed for his failure to advise the Court of any change in his mailing address.  (Doc. 18).  The order stated, "The failure to comply within the

---

[1] *See* Offender Information Search, Florida Department of Corrections available at https://pubapps.fdc.myflorida.com/OffenderSearch/Search.aspx (last visited July 17, 2025).

allotted time will result in the dismissal of this case without further notice." (*Id.*)  To date, Keeton has failed to respond, and the time to do so has expired.

Due to Keeton's failure to comply with the Court's Orders and failure to prosecute this action, the Court determines that dismissal of this action without prejudice is appropriate.  *See* M.D. Fla. R. 3.10.

Accordingly, it is

**ORDERED**:

(1)    This above-captioned case is **DISMISSED without prejudice** for failure to comply with a Court order and failure to prosecute.

(2)    The Clerk is **DIRECTED** to enter judgement, deny as moot any pending motions, and close the file.

**DONE AND ORDERED** in Fort Myers, Florida on July 17, 2025.

**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

SA:   OCAP-2
Copies: All Parties of Record